# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# VOLBEAT

**Reg. No. 4,000,272**
**Registered July 26, 2011**
**Int. Cls.: 9, 14, 16, 25, 28 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

VOLBEAT APS (DENMARK ANPARTSSELSKAB (APS))
C/O STEFAN AHLQVIST PÆREVANGEN
24 ST TV SMØRUMNEDRE
SMØRUM, DENMARK 2765

FOR: VIDEO AND COMPUTER GAME SOFTWARE; COMPUTERIZED VIDEO TABLE GAMES FOR GAMING PURPOSES, DOWNLOADABLE RING TONES, MUSIC, AND ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES, DOWNLOADABLE AUDIO FILES, MULTIMEDIA FILES, TEXT FILES, EMAILS, WRITTEN DOCUMENTS, AUDIO MATERIALS, VIDEO MATERIAL AND GAMES ALL IN THE FIELD OF MUSIC; JOYSTICKS FOR VIDEO GAMES, VIRTUAL REALITY GAME SOFTWARE AND WIRELESS COMMUNICATION DEVICE FEATURING VOICE, DATA, AND IMAGE TRANSMISSION INCLUDING VOICE, TEXT AND PICTURE MESSAGING, A VIDEO AND STILL IMAGE CAMERA, ALSO FUNCTIONAL TO PURCHASE MUSIC, GAMES, VIDEO AND SOFTWARE APPLICATIONS OVER THE AIR FOR DOWNLOADING TO THE DEVICE; HEADPHONES; MAGNETS; MOUSEPADS; SWITCHPLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: POSTERS, CALENDARS, DECALS, SONG BOOKS, MAGAZINES IN THE FIELD OF MUSIC, PAPER COASTERS, NOTEBOOKS, STICKERS, PRINTING BLOCKS AND BOOKBINDING MATERIAL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHORTS, PANTS, SWEATPANTS, TANK TOPS, BABY DOLL T-SHIRTS, SWEATSHIRTS, JACKETS, BASKETBALL JERSEYS, HOCKEY JERSEYS, OTHER TYPES OF SPORTS JERSEYS, LONG SLEEVE T-SHIRTS, MUSCLE T-SHIRTS, BABY ROMPERS, TODDLER T-SHIRTS AND TRACK PANTS; HEADWEAR AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: COIN-OPERATED VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING AN ON-LINE COMPUTER GAME; ENTERTAINMENT SERVICES IN THE NATURE OF LIVE MUSICAL PERFORMANCES AND ACTING PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 008523243, FILED 10-7-2009, REG. NO. 008523243, DATED 5-10-2010, EXPIRES 10-7-2019.

SER. NO. 77-859,122, FILED 10-28-2009.

JEFF DEFORD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office